UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BONNIE LYN HAUGEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>  Defendant. | CASE NO. 2:15-cv-00943<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Unopposed Motion for Equal Access to Justice Act Fees and Expenses (*see* Dkt. 21). Defendant has no objection to plaintiff's motion (*see* Dkt. 24).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion (*see* Dkt. 21), plaintiff's brief re: EAJA fees (*see* Dkt. 21, Attachment 1), the attorney declaration and time and expense itemizations (Dkt. 21, Attachments 3, 4), and the relevant record, it is

1 hereby ORDERED that EAJA attorney's fees of $5,442.00 shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).

The Acting Commissioner agrees to contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Christopher T. Lyons, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Fee Agreement-Federal Court SSA/Social Security Disability, Dkt. 21, Attachment 5). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Christopher T. Lyons Esq., at Truitt & Lyons, P.O. Box 1645, Coupeville, WA 98239.

Dated this 14th day of April, 2016.

J. Richard Creatura
United States Magistrate Judge